Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
Middle ~~WESTERN~~ DISTRICT OF ~~NEW YORK~~ Florida

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

### 1. CAPTION OF ACTION    3:13-cv-1329-J-99MMH-MCR

A. Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Michael Hughes #113299
2. Eric M. Anderson #262009

-VS-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Sergeant Grubbs
2. Officer Shreck
3. U.C.I. Security Personnel
4. U.C.I. Mental Health Services
5. _____
6. _____

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

PLAINTIFF'S INFORMATION NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Michael Hughes #113299
Present Place of Confinement & Address: U.C.I. Mental Health Unit Hospital Institutions
7819 N.W. 228th Street
Raiford, Florida 32026

Name and Prisoner Number of Plaintiff: Eric M. Anderson #262009
Present Place of Confinement & Address: U.C.I. Mental Health Unit Hospital Institutions
7819 N.W. 228th Street
Raiford, Florida 32026

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Sergeant Grubbs
(If applicable) Official Position of Defendant: Correctional Sergeant D.O.C.
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: U.C.I. Mental Health Unit Hospital Institution 7819 N.W. 228th Street Raiford, Florida 32026

Name of Defendant: Officer Shreck
(If applicable) Official Position of Defendant: Correctional Officer of D.O.C.
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: U.C.I. Mental Health Unit Hospital Institution 7819 N.W. 228th Street Raiford, Florida 32026

Name of Defendant: U.C.I. Security Personnel
(If applicable) Official Position of Defendant: Correctional Officials of D.O.C.
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: U.C.I. Mental Health Unit Hospital Institution 7819 N.W. 228th Street Raiford, Florida 32026

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with **the same facts involved in this action**?
Yes ✓  No ___

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): Micheal Hughes
   Defendant(s): Officer McGinley
   Case No: 13-CV-882-J-99 TJC-JSY
2. Court (if federal court, name the district; if state court, name the county): Jacksonville Federal Division Court House
3. Docket or Index Number: #3
4. Name of Judge to whom case was assigned: Timothy J. Corrigan

Defendant's Information Note:

Name of Defendant: U.C.I. Mental Health Services

Defendant is Sued In ✓ Individual And ✓ Official Capacity

Address of Defendant U.C.I. Mental Health Unit Hospital Institution, 7819 N.W. 228th Street Raiford, Florida 32026

5. The approximate date the action was filed: _July 26, 2013_

6. What was the disposition of the case?

   Is it still pending? Yes ✓ No ___

   ~~If not, give the approximate date it was resolved~~

   Disposition (check the statements which apply):

   ___ <u>Dismissed</u> (check the box which indicates why it was dismissed):

   ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ___ By court for failure to exhaust administrative remedies;

   ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ___ By court due to your voluntary withdrawal of claim;

   ___ <u>Judgment</u> upon motion or after trial entered for

   ✓ plaintiff

   ___ defendant.

B. Have you begun **any other lawsuits** in federal court which **relate to your imprisonment**?

   Yes ✓ No ___

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _Michael Hayused_

   v.

   Defendant(s): _Sergeant Henry et al_
   _Case No: 13-CV-00881-MMH-JBT_

2. District Court: _Jacksonville Federal Division Court House_

3. Docket Number: _#2_

4. Name of District or Magistrate Judge to whom case was assigned: _Marcia Morales Howard_

5. The approximate date the action was filed: _August 2, 2013_

6. What was the disposition of the case?

   Is it still pending? Yes ✓ No ___

   If not, give the approximate date it was resolved. ___

Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include <u>all</u> possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) Mr. Hawkes and Inmate Anderson Claim a 8th defendant (give the **name and position held** of **each defendant** involved in this incident) of Cruel And Unusual Punishment of Inmate Inside A Mental Health Unit Hospital Institutional Facility 813 Union C.I.

did the following to me (briefly state what each defendant named above did): Mr. Hawkes comes on the behalf of Inmate Eric M Anderson DC# 262009 who was a victim of a hate crime inside a state government hospital institution, where these "Racial Whites" are using U.C.I. Mental Health Unit Hospital Institution as their tool for the purpose of victimizing the Negroes and Hispanic inmates of U.C.I. Facility 813 where these "Hate Crimes" are being conducted by U.C.I. Security Personnel and U.C.I. Mental Health Services. On April 27, 2012 Sergeant Grubbs and Officer Shreck Stripped Inmate Anderson (See Continue on pg 5 of 1

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Cruel And Unusual Punishment A Violation of the Eighth Amendment.

The relief I am seeking for this claim is (briefly state the relief sought): Mr. Hawkes Seeking Nominal damages, and compensatory damages for the Defendants Outrageous Acts of "Hate Passion" Towards Said Negro Inmate.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes __✓__ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes __✓__ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I Mr. Hawkes is a citizen who's working to clean-up these outrageous crimes that's being conducted by these correctional officers of D.O.C.

A. **SECOND CLAIM:** On (date of the incident) _____,
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

5

M. Eric DC# 862009 a African American Negro inmate where Sergeant Grubbs and Officer Shreck had also written a Disciplinary Report against inmate Eric M. Anderson DC# 262009 who was house in cell 2202 to show their justification for their criminal activities among U.C.I. Mental Health Hospital Institution. "Florida Department of Corrections Charging Disciplinary Report Log #213-120725, Where inmate Eric M. Anderson had to sleep on a cement slab in his cell for 74 hours because of Sergeant Grubbs and Officer Shreck who's abused their authority inside of Union Mental Health Unit Institution. According to Fla. Admin. Code 33-404.201 Rule #(1) Which clearly states that The Department is responsible for the operations and administration of the corrections mental health institution which was established to provide for the treatment of inmates who have a mental illness requiring intensive psychiatric inpatient treatment at the hospital level. Where Sergeant Grubbs and Officer Shreck have violated Fla. Admin. Code 33-208.002 Rule #(8) which states no employee shall willfully

or negligently treat an inmate in a cruel or inhuman manner, nor shall profane or abusive language be ~~used in dealing with an inmate or person under the~~ employee's supervision. Where Sergeant Grubbs and Officer Shreck have also violated Rule #(10) that states that no employee shall be insubordinate, neglectful, or unwilling to follow lawful orders or perform officially designated duties.

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Mr. Hughes is Requesting for the following Relief in above style civil Action case. Where I 'am summarizing the Relief on the behalf of Inmate Eric M. Anderson nominal damages, and compensatory damages for the wrong acts that was conduct in a intintuanal manner.

Do you want a jury trial? Yes ✓  No ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 25, 2013
                    (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Haynes, Michael_

Signature(s) of Plaintiff(s)

7